23-1653-JPG

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| *Petitioner* (the name under which you were convicted) | ) | David Hunt |
| v. | ) | Case Number: ~~4:19-cr-40085-JPG-1~~ |
| *Respondent* (authorized person having custody of Petitioner) | ) | Warden Brown |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: David Deonta Hunt
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: FCI - Gilmer
   (b) Address: P.O. Box 6000
   Glenville, WV 26351
   (c) Your identification number: 14500-025
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced United States District Court Southern District of Illinois 301 S. Main Street Benton, IL 62812
   (b) Docket number of criminal case: 4:19-cr-40085-JPG-1
   (c) Date of sentencing: November 17, 2021
   ☐ Being held on an immigration charge
   ☑ Other *(explain)*: Conspiracy to Distribute Methamphetamine, and Possession with intent to Distribute methamphetamine

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain)*: Congress mandated (365) days federal earned time credits and (180) days additional good time credits for federal inmates confined during the Covid pandemic and were prohibited from participating in institutional Programing.

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: FCI - Gilmer

(b) Docket number, case number, or opinion number: __________

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

I recieved verbal denial from unit team to issue time credits.

(d) Date of the decision or action: 2023

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: __________

(2) Date of filing: __________

(3) Docket number, case number, or opinion number: __________

(4) Result: __________

(5) Date of result: __________

(6) Issues raised: __________

(b) If you answered "No," explain why you did not __________

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a second appeal: ______

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a third appeal: ______

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court: ____________________

(2) Case number: ____________________

(3) Date of filing: ____________________

(4) Result: ____________________

(5) Date of result: ____________________

(6) Issues raised: ____________________

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court: ____________________

(2) Case number: ____________________

(3) Date of filing: ____________________

(4) Result: ____________________

(5) Date of result: ____________________

(6) Issues raised: ____________________

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ____________________

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❒ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ____________

(b) Date of the removal or reinstatement order: ____________

(c) Did you file an appeal with the Board of Immigration Appeals?

❒ Yes ❒ No

If "Yes," provide:

(1) Date of filing: ____________

(2) Case number: ____________

(3) Result: ____________

(4) Date of result: ____________

(5) Issues raised: ____________

(d) Did you appeal the decision to the United States Court of Appeals?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court: ____________

(2) Date of filing: ____________

(3) Case number: ____________

(4) Result: ____________

(5) Date of result: ____________

(6) Issues raised: ____________

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❒ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ____________

(b) Name of the authority, agency, or court: ____________

(c) Date of filing: ____________

(d) Docket number, case number, or opinion number: ____________

(e) Result: ____________

(f) Date of result: ____________

(g) Issues raised: ____________

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** First Step / Cares Act Supporting facts: BoP failed to give me time credits mandated by congress.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?

❒ Yes ❒ No

**GROUND TWO:** ______________________________

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☐ No

**GROUND THREE:** ______________________________

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR:** ______________________________

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: Relief Sought - (365) days federal time Credit (180) days additional earned time Credits Mandated by Congress

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

May 5, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: May 5, 2023

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

David Hunt 14500-025
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

COLUMBUS OH
13 MAY 2023 PM

United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

MAIL CLEARED
US MARSHALS

62201-295429


RECEIVED
MAY 16 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE